United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ADVANCE SOLUTIONS, LLC, et al., <br><br> Defendants. | Case No. 18-cv-01762-KAW <br><br> ORDER TO SHOW CAUSE |

This action was filed against Defendant Capital Advance Solutions, LLC on March 21, 2018. (Dkt. No. 1.) An amended complaint was filed on June 11, 2018, which added Defendant Charles Betta. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons, such that June 10, 2018 was the last day to complete service on Defendant Capital Advance Solutions, LLC, and September 10, 2018 was the last day to complete service on Defendant Charles Betta. To date, no proof of service or Motion for Administrative Relief from the service deadline has been filed. The Case Management Conference (CMC), originally scheduled for June 19, 2018, has been repeatedly continued because Defendant had not been served.

IT IS HEREBY ORDERED that by no later than **December 7, 2018**, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

**IT IS SO ORDERED.**

Dated: November 29, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge