| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| TODD FRIEDMAN SBN 216752<br>Law Offices of Todd M. Friedman, PC<br>21550 Oxnard St. #780<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (866) 598-5042 | |
| NORTHERN DISTRICT, OAKLAND<br>1301 Clay Street Ste 400 S<br>Oakland, CA 94612 | | |
| SHORT TITLE OF CASE:<br>Abante Rooter and Plumbing Inc. v. Capital Advance Solutions, LLC | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>4:18-cv-01762-KAW |
| Declaration of Diligence | | Ref. No. or File No:<br>L17080825ATF |

United States District Court

Person to Serve: **CHARLES BETTA**

Documents Received: **Summons; Amended Complaint;**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

| | | |
|---|---|---|
| Jun 19 2018 | 03:30 PM | 1715 State Route 35 Ste 302, Middletown, NJ 07748; The address given is not valid for subject. There is no such name on the directory. Tenants do not know this name either. |
| Jul 06 2018 | 03:10 PM | 1715 State Route 35 Ste 302, Middletown, NJ 07748; Sub-Served on person in charge |

Person attempting service:

    a. Name: **Manny Bayo**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. The fee for this service was: **175.00**
    e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Manny Bayo          Date: 07/06/2018

**RAPID LEGAL®**