UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                                                General Court Number
Clerk of Court                                                                                                                         510-637-3530

December 27, 2018

RE:  Abante Rooter and Plumbing, Inc. v. Capital Advance Solutions, LLC
        18-cv-01762-KAW

Default is declined as to Charles Betta on December 27, 2018.


                                                                                    Susan Y. Soong, Clerk

                                                                                    _____
                                                                                    by: Jacquelyn Lovrin
                                                                                    Case Systems Administrator
                                                                                    (510) 637-1873