Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abante Rooter and Plumbing, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Capital Advance Soultions, et al. <br><br> Defendant(s). | Case No: 4:18-cv-01762-K <br> **AMENDED** <br> APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE <br> (CIVIL LOCAL RULE 11-3) |

I, Christopher D. Devanny, an active member in good standing of the bar of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: defendant, Charles Betta in the above-entitled action. My local co-counsel in this case is ~~N/A~~ Matthew Rignetti, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> Kent & McBride, P.C. <br> 1715 Highway 35, Suite 305 <br> Middletown, NJ 07748 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: Matthew Rignetti <br> Righetti Glugoski, P.C. (12/0/2) <br> 456 Montgomery Street, Suite 1400 <br> San Francisco, CA 94104 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (732) 326-1711 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 983-0900 |
| MY EMAIL ADDRESS OF RECORD: <br> cdevanny@kentmcbride.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> matt@righettilaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 038281997.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                      Christopher D. Devanny
                                                                            APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher D. Devanny is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/19/19

*Kandis Westmore*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **CHRISTOPHER DONALD DEVANNY** (No. **038281997**) was constituted and appointed an Attorney at Law of New Jersey on **June 05, 1998** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **12TH** day of **October**, 20**18**

Clerk of the Supreme Court