UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ADVANCE SOLUTIONS, LLC, et al., <br><br> Defendants. | Case No. 18-cv-01762-KAW <br><br> **ORDER REQUIRING JOINT STATUS REPORT** |

On March 29, 2019, Plaintiff Abante Rooter and Plumbing Inc. and Defendant Charles Betta filed a joint status report, stating that the parties were currently engaging in informal settlement discussions. (Dkt. No. 30 at 3.) Accordingly, the Court ORDERS the parties to file a joint status report as to the status of settlement negotiations and whether a case management conference is needed within **45 days** of the date of this order.

IT IS SO ORDERED.

Dated: April 10, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge