Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
Kelsey L. Kuberka (SBN 321619)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
kkuberka@toddflaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ADVANCE SOLUTIONS, LLC; CHARLES BETTA, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 4:18-cv-01762-KAW<br><br>**PLAINTIFF'S STATUS STATEMENT**<br><br>**Honorable Kandis A. Westmore**<br><br>**Courtroom: 4** |

Plaintiff Abante Rooter and Plumbing Inc. ("Plaintiff"), on behalf of himself and all others similarly situated, hereby unilaterally files this Status Report:

WHEREAS, Plaintiff filed the instant matter on or about March 21, 2018, as

a class action, alleging violations of the Telephone Consumer Protection Act ("TCPA");

WHEREAS, Plaintiff filed First Amended Complaint on or about June 11, 2018;

WHEREAS, Plaintiff served Defendants CAPITAL ADVANCE SOLUTIONS, LLC, and CHARLES BETTA on July 27, 2018;

WHEREAS, Defendant's responsive pleading deadline under Fed. R. Civ. P. 12 was August 27, 2018;

WHEREAS, Defendants have yet to file a responsive pleading;

WHEREAS, the Parties anticipated productive settlement discussions, after Defendants' counsel was admitted *pro hac vice*, but Defendants' counsel has failed to engage in such discussions,

WHEREAS, Plaintiff respectfully requests the Honorable Court calendar the mandatory scheduling conference to June 25, 2019, or as soon after is convenient for the Court, pursuant to the Court's Scheduling Order (Dkt. 31).

Dated**:** May 28, 2019           **Law Offices of Todd M. Friedman, P.C.**

                                    By: /s/ Todd M. Friedman\_\_\_\_
                                         Todd M. Friedman, Esq.
                                         Attorneys for Plaintiff

1  Filed electronically on this 28th Day of May, 2019, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5

6  Honorable Kandis A. Westmore
   United States District Court
7  Eastern District California

8  And all Counsel of Record as recorded on the Electronic Service List.

9

10  This 28th Day of May, 2019

11  s/Todd M. Friedman
       Todd M. Friedman, Esq.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STATUS REPORT**
**-3-**