Todd M. Friedman (216752)
tfriedman@toddflaw.com
Kelsey L. Kuberka (321619)
Kelsey.Kuberka@toddflaw.com
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Ste 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ADVANCE SOLUTIONS, LLC; CHARLES BETTA, and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 4:18-cv-01762-KAW <br><br> **MOTION TO APPEAR BY TELEPHONE AT THE INITIAL CASE MANAGEMENT CONFERNCE ON JUNE 18, 2019** |

    COME NOW, Plaintiffs' counsel moves this Honorable Court to allow her to appear by telephone at the Initial Status Conference Hearing on June 18, 2019 at 1:30 p.m.

Motion to Appear by Telephone 1

GOOD CAUSE now exists for allowing Plaintiff's counsel, Kelsey Kuberka, to appear by telephone at the Hearing, as her office is in Woodland Hills, over 300 miles from the court. She will be available by phone at 323-405-1263.

Respectfully submitted on this 4 June 2019

Law Offices of Todd M. Friedman, P.C.

By: s/Kelsey L. Kuberka
Kelsey L. Kuberka
Attorney for Plaintiffs

Filed electronically on this 4 June 2019, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Magistrate Judge Kandis A. Westmore
United States District Court
Northern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 4 June 2019

s/Kelsey L. Kuberka, Esq.
KELSEY L. KUBERKA